UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM POLLACK | Case 09-3615-03 (MF)<br><br>**CONSENT ORDER** |

**WHEREAS**, the defendant was arrested on July 23, 2009, pursuant to a Criminal Complaint filed in the above-captioned action; and

**WHEREAS**, the defendant was released on July 23, 2009, on an Appearance Bond in the amount of $300,000 secured by real property located at 461 Bedford Avenue, Brooklyn, New York; and

**WHEREAS**, the defendant was placed on home confinement with electronic monitoring as a condition of his release; and

**WHEREAS**, the defendant posted additional equity in the 461 Bedford Avenue property, so that the defendant's obligations in the above-captioned action were secured by real property with a value in excess of $1,000,000, in order to obtain a modification of the conditions of his release to remove the condition of the home confinement with electronic monitoring; and

**WHEREAS**, on August 6, 2009, this Court modified the defendant's conditions of release to eliminate the condition of the home confinement with electronic monitoring and to

{00095626.DOC;1}

provide that the defendant's appearance bond shall be secured by the real property located at 461 Bedford Avenue, Brooklyn, New York; and

**WHEREAS,** the defendant posted a second property, namely real property located at 520 DeKalb Avenue, Brooklyn, New York with a value in excess of $245,000 to obtain a modification of the conditions of his release to enable him to travel to Israel from April 26, 2010 to May 4, 2010; and

**WHEREAS,** on April 20, 2010, this Court approved an amended Appearance Bond in the value of $2,500,000, to be secured by the available equity in the 461 Bedford Avenue and 520 DeKalb Avenue properties; and

**WHEREAS,** the conditions of the defendant's release were modified to allow the defendant to travel to Israel from April 26, 2010 to May 4, 2010; and

**WHEREAS,** the defendant returned from Israel on May 4, 2010, and returned his passport to the custody of Pretrial Services;

**IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

The Appearance Bond approved on April 20, 2010 shall be rendered null and void; and

A new Appearance Bond in the value of $1,000,000 shall be secured by the available equity in the 461 Bedford Avenue property; and

All other conditions previously ordered will remain in effect.

_[signature]_
Mark McCarren
Assistant United States Attorney
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

_[signature]_
Joshua R. Geller
Hafetz Necheles & Rocco
500 Fifth Avenue
New York, NY 10110
(212) 997-7595
*Attorney for Defendant Abraham Pollack*

SO ORDERED: _____
              Mark Falk, USMJ